UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

ANTHONY J. McDIARMID,

        Plaintiff,                                             Case No. 1:07cv770

v.                                                                    Hon. Robert J. Jonker

COMMISSIONER OF SOCIAL SECURITY,

        Defendants.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

      The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on July 7, 2008. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

      **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed July 7, 2008, is approved and adopted as the opinion of the court.

      **IT IS FURTHER ORDERED** that the decision of the Commissioner is **AFFIRMED**.

                                                                         /s/ Robert J. Jonker
                                                                     ROBERT J. JONKER
                                                      UNITED STATES DISTRICT JUDGE

DATED: July 25, 2008.